UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darius H. James, <br> Plaintiff(s), <br> v. <br> Cerebras Systems Inc., <br> Defendant(s). | Case No. 3:25-cv-09361 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Jordan R. Frysinger, an active member in good standing of the bar of Northern District of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Eugene Y. Turin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SB # 342413.

| | |
|---|---|
| 55 W. Wacker Dr. 9th Fl., Chicago, IL 60601 | 1089 Willowcreek Rd., Suite 200, San Diego, CA 92131 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 321-893-7002 ex. 2917 | 312-893-7002 ex. 3 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jfrysinger@mcgpc.com | eturin@mcgpc.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6335897.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/31/25

Jordan R. Frysinger
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jordan R. Frysinger is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 3, 2025

UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Jordan Ruvolo Frysinger

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Jordan Ruvolo Frysinger was duly admitted to practice in said Court on (06/10/2021) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/31/2025 )

Thomas G. Bruton , Clerk,

By: G. Corneliusen

Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ G. CORNELIUSEN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 31, 2025