UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARIUS H. JAMES,

               Plaintiff,

      v.

CEREBRAS SYSTEMS INC.,

               Defendant.

Case No. 25-cv-09361-AMO

**SCHEDULING ORDER**

Having held a case management conference in this matter on March 12, 2026, the Court

**SETS** the following deadlines:

| Event | Deadline |
|---|---|
| Deadline for parties to confer re ADR and submit a stipulation selecting an ADR process | April 3, 2026 |
| Deadline to add parties or amend pleadings | May 11, 2026 |
| Plaintiffs' motion for class certification and class certification expert reports | January 5, 2027 |
| Defendants' opposition to motion for class certification and opposing class certification expert reports, Daubert motion(s)[1] | February 4, 2027 |
| Plaintiffs' reply in support of motion for class certification and rebuttal class certification expert reports, Daubert motions, and opposition(s) to Defendants' Daubert motion(s) | February 25, 2027 |
| Defendants' reply in support of Daubert motion(s), opposition to Plaintiffs' Daubert motion(s) | March 5, 2027 |
| Plaintiffs' reply in support of Daubert motion(s) | March 12, 2027 |

---

[1] The parties shall submit Daubert motions and format expert reports in accordance with the requirements set forth in the Court's Standing Order for Civil Cases.

United States District Court
Northern District of California

| Event | Deadline |
|-------|----------|
| Hearing on motion for class certification and Daubert motions | To be noticed by the moving party based on the Court's availability at the time of filing.  *See https://apps.cand.uscourts.gov/CEO/cfd.aspx?B375.* |
| Close of fact discovery (class and merits) | April 30, 2027 |

Any party may seek modification of this Order for good cause.  A request for an extension of any deadline set forth above must be filed at least seven days prior to the expiration of that deadline and comply with Civil Local Rule 6-2 or 6-3 as appropriate.

Any request for an extension must be accompanied by a proposed order that includes a chart in the following format, with a Word version emailed to amopo@cand.uscourts.gov. *See* Civil L.R 5-1(f).

| Event | Current Deadline | Proposed New Deadline |
|-------|------------------|-----------------------|
|       |                  |                       |

The parties may seek leave to file motions for summary judgment through this procedure:

Any party seeking to file a motion for summary judgment must file a letter brief, identifying the legal and factual grounds for their summary judgment motion.  The letter shall not exceed three (3) single-spaced pages in length, including any attached exhibits or other supporting papers.

Within three (3) days of the moving party's letter, any party who would oppose the proposed summary judgment motion must file a written response addressing the substance of the moving party's letter.  This response shall also be limited to three (3) single-spaced pages, including any attached exhibits or supporting papers.

**IT IS SO ORDERED.**

Dated: March 16, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2