**MCGUIRE LAW, P.C.**
Eugene Y. Turin (SB # 342413)
1089 Willowcreek Road, Suite 200
San Diego, CA 92131
Tel: (312) 893-7002 Ex. 3
Fax: 312-275-7895
Email: eturin@mcgpc.com

David L. Gerbie (*pro hac vice*)
Brendan Duffner (*pro hac vice*)
Jordan R. Frysinger (*pro hac vice*)
Donald S. Cuba II (*pro hac vice*)
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
Email: dgerbie@mcgpc.com
Email: bduffner@mcgpc.com
Email: jfrysinger@mcgpc.com
Email: dcuba@mcgpc.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Daniel M. Hutchinson (SB # 239548)
Anne B. Shaver (SB # 255928)
Amelia H. Haselkorn (SB # 339633)
Alison C. Fraerman (SB # 351981)
275 Battery St., 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
Email: dhutchinson@lchb.com
Email: ashaver@lchb.com
Email: ahaselkorn@lchb.com
Email: afraerman@lchb.com

Rachel J. Geman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
250 Hudson St., 8th Floor
New York, NY 10013
Tel: (212) 355-9500
Email: rgeman@lchb.com
Email: spetterson@lchb.com

Betsy A. Sugar (*pro hac vice*)
222 2nd Ave. South, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DARIUS H. JAMES, CHARLES KAISER, and MARY PILON individually and on behalf of similarly situated individuals, <br><br> *Plaintiffs*, <br><br> v. <br><br> CEREBRAS SYSTEMS INC., a Delaware corporation, <br><br> *Defendant*. | Case No. 3:25-cv-09361-AMO <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Charles Kaiser files this notice of voluntary dismissal of his claims against Defendant Cerebras Systems Inc. ("Cerebras") without prejudice. All allegations specific to him and any mentions of him should be considered stricken from Plaintiffs' First Amended Complaint, specifically the case caption, the introductory paragraph, paragraph 13, and the two sections of Exhibit A referencing Mr. Kaiser's works, *1968 in America: Music, Politics, Chaos, Counterculture, and the Shaping of a Generation* and *The Gay Metropolis: 1940-1996*. No court order is necessary because Cerebras has not filed an answer or motion for summary judgment as to Plaintiff Kaiser's claims. Mr. Kaiser reserves his right to be an absent class member. The remaining Plaintiffs will file an updated First Amended Complaint removing the stricken sections if the Court so orders.

Dated: July 2, 2026                    Respectfully submitted,

                                       */s/ Donald S. Cuba II*_____

                                       LIEFF CABRASER HEIMANN & BERNSTEIN LLP
                                       Daniel M. Hutchinson (SB # 239548)
                                       Anne B. Shaver (SB # 255928)
                                       Amelia H. Haselkorn (SB # 339633)
                                       Alison C. Fraerman (SB # 351981)
                                       275 Battery St., 29th Floor
                                       San Francisco, CA 94111
                                       Tel: (415) 956-1000
                                       Email: dhutchinson@lchb.com
                                       Email: ashaver@lchb.com
                                       Email: ahaselkorn@lchb.com
                                       Email: afraerman@lchb.com

                                       Rachel J. Geman (*pro hac vice*)
                                       Sean A. Petterson (*pro hac vice*)
                                       250 Hudson St., 8th Floor
                                       New York, NY 10013
                                       Tel: (212) 355-9500
                                       Email: rgeman@lchb.com
                                       Email: spetterson@lchb.com

                                       Betsy A. Sugar (*pro hac vice*)
                                       222 2nd Ave. South, Suite 1640
                                       Nashville, TN 37201
                                       Telephone: (615) 313-9000
                                       bsugar@lchb.com

                                       MCGUIRE LAW, P.C.

- 2 -                NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
                     CASE NO. 3:25-CV-09361-AMO

Eugene Y. Turin (SB # 342413)
1089 Willowcreek Road, Suite 200
San Diego, CA 92131
Tel: (312) 893-7002 Ex. 3
Fax: 312-275-7895
Email: eturin@mcgpc.com

David L. Gerbie (*pro hac vice*)
Brendan Duffner (*pro hac vice*)
Jordan R. Frysinger (*pro hac vice*)
Donald S. Cuba II (*pro hac vice*)
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
Email: dgerbie@mcgpc.com
Email: bduffner@mcgpc.com
Email: jfrysinger@mcgpc.com
Email: dcuba@mcgpc.com

*Counsel for Plaintiffs and the Putative Class*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:25-CV-09361-AMO