**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DARIUS H. JAMES, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>CEREBRAS SYSTEMS INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:25-cv-09361-AMO<br><br>**STIPULATION TO VOLUNTARY DISMISSAL OF CLAIMS BY MARY PILON** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby jointly stipulate to Mary Pilon's voluntary dismissal of her claims against Defendant Cerebras Systems Inc. without prejudice to her ability to be an absent class member in this putative class action. All allegations specific to Ms. Pilon and any mentions of her should be considered stricken from Plaintiffs' First Amended Complaint (ECF 59), specifically the caption, the introductory paragraph, paragraph 14, and the two sections of Exhibit A to the Complaint referencing her works "The Monopolists: Obsession, Fury, and the Scandal Behind the World's Favorite Board Game," and "The Kevin Show: An Olympic Athlete's Battle with Mental Illness."

DATED: July 30, 2026

*/s/ Anne B. Shaver*

**Lieff Cabraser Heimann & Bernstein LLP**
Daniel M. Hutchinson (SB # 239548)
Anne B. Shaver (SB # 255928)
Amelia H. Haselkorn (SB # 339633)
Alison C. Fraerman (SB # 351981)
275 Battery St., 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
Email: dhutchinson@lchb.com
Email: ashaver@lchb.com
Email: ahaselkorn@lchb.com
Email: afraerman@lchb.com

Rachel J. Geman (pro hac vice)
Sean A. Petterson (pro hac vice)
250 Hudson St., 8th Floor
New York, NY 10013
Tel: (212) 355-9500
Email: rgeman@lchb.com
Email: spetterson@lchb.com

Betsy A. Sugar (*pro hac vice*)
222 2nd Avenue South, Suite 1640
Nashville, TN 37201-2379
Tel: 615.313.9000
Email: bsugar@lchb.com

**McGuire Law, P.C.**
Eugene Y. Turin (SB # 342413)
1089 Willowcreek Road, Suite 200
San Diego, CA 92131
Tel: (312) 893-7002 Ex. 3

Fax: 312-275-7895
Email: eturin@mcgpc.com

David L. Gerbie (pro hac vice)
Jordan R. Frysinger (pro hac vice)
Donald S. Cuba II (pro hac vice)
Brendan J. Duffner (pro hac vice)
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
Email: dgerbie@mcgpc.com
Email: jfrysinger@mcgpc.com
Email: dcuba@mcgpc.com
Email: bduffner@mcgpc.com

*Counsel for Plaintiffs and the Putative Class*

DATED: July 30, 2026

*<u>/s/ Sophie Hood</u>*

Keker, Van Nest & Peters LLP
Robert A. Van Nest (SB # 84065)
Sophie Hood (SB #295881)
Christopher S. Sun (SB #308945)
Christina Lee (SB #314339)
Eric K. Phung (SB #346625)
Celina S. Malave (SB #347808)
Catherine C. Porto (SB #331168)
633 Battery Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
Email: rvannest@keker.com
Email: shood@keker.com
Email: csun@keker.com
Email: clee@keker.com
Email: ephung@keker.com
Email: cmalave@keker.com
Email: cporto@keker.com

*Counsel for Defendant Cerebras Systems Inc.*

## SIGNATURE ATTESTATION

I, Anne B. Shaver, am the ECF User whose identification and password are being used to file the foregoing Stipulation. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Anne B. Shaver, attest that concurrence in the filing of this document has been obtained.

DATED: July 30, 2026

*<u>/s/ Anne B. Shaver</u>*
Anne B. Shaver