**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

DARIUS H. JAMES individually and on behalf of similarly situated individuals,

Plaintiff,

v.

CEREBRAS SYSTEMS INC., a Delaware corporation,

Defendant.

Case No. 4:25-cv-09361-AMO-RMI

**JOINT STIPULATION AND REQUEST FOR STATUS CONFERENCES WITH MAGISTRATE JUDGE ILLMAN**

Plaintiff Darius H. James ("Plaintiff") and Defendant Cerebras Systems Inc. ("Cerebras"), by and through their respective counsel of record, hereby stipulate and jointly request as follows:

**WHEREAS**, the parties stipulated to, and the Court ordered, a 90-day discovery and class certification extension, and, in connection with that stipulation, the parties separately agreed to an interim deadline of July 31, 2026 to agree on custodians and search terms or to submit competing proposals to the Court. Dkts. 65, 68;

**WHEREAS**, while the parties worked to meet the July 31 agreed deadline and made some progress, the hit count information necessary to permit iterative, empirically-informed search term negotiations was unavailable due to technical issues affecting the ESI collection process;

**WHEREAS**, the parties held a lead counsel meet and confer on July 31, 2026 pursuant to Magistrate Judge Illman's Standing Order, and met and conferred further thereafter to set interim deadlines in an effort to avoid Court intervention while meeting their obligations under the current Scheduling Order;

**WHEREAS**, to resolve the parties' dispute without judicial intervention, the parties have agreed to the following:

1. By August 12, 2026, Cerebras will provide Plaintiff with a list of "go-gets," i.e.

documents it identifies without the use of search terms, and will thereafter provide accompanying production deadlines for discrete categories of responsive documents that it has located and for which it can reasonably estimate a production date;

2. Cerebras was required to, and did, provide a response by August 6, 2026 to Plaintiff's July 24 Letter requesting additional custodian and data source information;

3. Cerebras will respond within three business days to any request by Plaintiff to add an individual as a document custodian;

4. By August 12, 2026, Cerebras will provide hit counts for its proposed search terms;[1]

5. Cerebras will provide hit counts on any search terms proposed by Plaintiff, along with any counterproposal thereto, within two business days of receiving them, if the request is received before 12:00 p.m. PST;

6. By August 28, 2026, the Parties will agree upon search terms and custodians, or submit competing proposals, for Plaintiff's First and Second Sets of Requests for Production;

7. The Parties will jointly request that Magistrate Judge Illman conduct a status conference on September 1 and every 8 weeks thereafter.

**WHEREAS**, this stipulation does not seek to modify any deadline previously set by the Court, and no party will be prejudiced by the relief requested;

**NOW, THEREFORE**, the parties hereby stipulate and jointly request that the Court enter the parties' stipulation and set status conferences with Magistrate Judge Illman on the following dates (provided that such dates are convenient for the Court):

1. Tuesday, September 1, 2026 at 10:00 a.m.
2. Tuesday, October 27, 2026 at 10:00 a.m.
3. Tuesday, December 22, 2026 at 10:00 a.m.
4. Tuesday, February 16, 2027 at 10:00 a.m.

[1] Plaintiff's counsel has represented that they are not using search terms to identify any responsive custodial documents.

Dated: August 11, 2026

Respectfully submitted,

By: /s/ *Sean A. Petterson*

**McGuire Law, P.C.**
Eugene Y. Turin (SB # 342413)
1089 Willowcreek Road, Suite 200
San Diego, CA 92131
Tel: (312) 893-7002 Ex. 3
Fax: 312-275-7895
Email: eturin@mcgpc.com

David L. Gerbie (pro hac vice)
Jordan R. Frysinger (pro hac vice)
Donald S. Cuba II (pro hac vice)
Brendan J. Duffner (pro hac vice)
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
Email: dgerbie@mcgpc.com
Email: jfrysinger@mcgpc.com
Email: dcuba@mcgpc.com
Email: bduffner@mcgpc.com

**Lieff Cabraser Heimann & Bernstein LLP**
Daniel M. Hutchinson (SB # 239548)
Anne B. Shaver (SB # 255928)
Amelia H. Haselkorn (SB # 339633)
Alison C. Fraerman (SB # 351981)
275 Battery St., 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
Email: dhutchinson@lchb.com
Email: ashaver@lchb.com
Email: ahaselkorn@lchb.com
Email: afraerman@lchb.com

Rachel J. Geman (pro hac vice)
Sean A. Petterson (pro hac vice)
250 Hudson St., 8th Floor
New York, NY 10013
Tel: (212) 355-9500
Email: rgeman@lchb.com
Email: spetterson@lchb.com

*Counsel for Plaintiff and the Putative Class*

Dated: August 11, 2026

By: /s/ *Sophie Hood*

**Keker, Van Nest & Peters LLP**
Robert A. Van Nest (SB # 84065)
Sophie Hood (SB #295881)

Christopher S. Sun (SB #308945)
Christina Lee (SB #314339)
Eric K. Phung (SB #346625)
Celina S. Malave (SB #347808)
Catherine C. Porto (SB #331168)
Danika L. Kritter (SB #356499)
633 Battery Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
Email: rvannest@keker.com
Email: shood@keker.com
Email: csun@keker.com
Email: clee@keker.com
Email: ephung@keker.com
Email: cmalave@keker.com
Email: cporto@keker.com
Email: dkritter@keker.com

*Attorneys for Defendant Cerebras Systems Inc.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

Dated: August 11, 2026

By: /s/ *Sean A. Petterson*
Sean A. Petterson