**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

DARIUS H. JAMES, CHRISTOPHER FARNSWORTH and GARY MORGENSTEIN, individually and on behalf of similarly situated individuals,

Plaintiffs,

v.

CEREBRAS SYSTEMS INC., a Delaware corporation,

Defendant.

Case No. 4:25-cv-09361-AMO-RMI

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS BY DARIUS H. JAMES AND RELATED SCHEDULE ADJUSTMENTS**

The Court has considered the Parties' Stipulation of Voluntary Dismissal of Claims by Darius H. James and Related Schedule Adjustments (ECF No. 95) (the "Stipulation"). Pursuant to the Stipulation, and good cause appearing, the Court ORDERS as follows:

1. All allegations specific to Mr. James and any mentions of him are deemed STRICKEN from Plaintiffs' Second Amended Complaint (ECF No. 82), specifically the caption, the introductory paragraph, paragraph 12, and the one section of Exhibit A to the Second Amended Complaint referencing his work "Negrophobia: an urban parable: a novel." The Clerk of Court is directed to terminate Darius H. James as a party to this action.

2. The Court finds that good cause exists under Federal Rule of Civil Procedure 16(b)(4) to modify the case schedule in light of Mr. James's dismissal and the addition of two new named Plaintiffs. The remaining discovery and class certification deadlines are modified as follows:

| Event | Extant Deadline | New Deadline |
|---|---|---|
| Substantial completion of document production | April 30, 2027 | July 2, 2027[1] |
| Plaintiffs' motion for class certification | April 5, 2027 | August 3, 2027[2] |
| Defendant's opposition to motion for class certification and opposing class certification expert reports, Daubert Motions | May 5, 2027 | September 2, 2027 |
| Plaintiffs' reply in support of motion for class certification and rebuttal class certification expert reports, Daubert motions, and opposition(s) to Defendant's Daubert motion(s) | May 26, 2027 | September 23, 2027 |
| Defendant's reply in support of Daubert motion(s), opposition to Plaintiffs' Daubert motion(s) | June 3, 2027 | October 1, 2027 |
| Plaintiffs' reply in support of Daubert motion(s) | June 10, 2027 | October 8, 2027 |
| Hearing on motion for class certification and Daubert motions | To be noticed by the moving party based on the Court's availability at the time of filing. | To be noticed by the moving party based on the Court's availability at the time of filing. |
| Close of fact discovery (class and merits) | July 29, 2027 | November 19, 2027 |

4. All other dates and deadlines not addressed in this Order remain unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 6, 2026

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

[1] This deadline is moved by 63 days, rather than 120, to move the deadline for substantial completion ahead of the briefing deadlines. The Parties agree that absent extraordinary circumstances, they will substantially complete production for deponents two weeks in advance of their depositions.

[2] Unless unexpected circumstances arise, any documents within a party's possession, custody, or control that they intend to use in support of their class certification motion or opposition should be produced at least thirty (30) days before the deadline for Plaintiffs' motion for class certification.